# United States District Court

EASTERN DISTRICT OF WISCONSIN

LAWRENCE BERNIER,
        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 05-C-482

JO ANNE B. BARNHART,
Commissioner of Social Security,
        Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the decision of the Commissioner is reversed and this matter is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Approved:     s/ William C. Griesbach
                      WILLIAM C. GRIESBACH
                      United States District Judge

Dated: March 1, 2006.

                      SOFRON B. NEDILSKY
                      Clerk

                      s/ Cheryl A. Veazie
                      (By) Deputy Clerk